JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEON JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STREMICKS HERITAGE FOODS, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01853-KK-DFM<br>Assigned to: Hon. Kenly Kia Kato<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: July 21, 2023<br>Removal Date: September 29, 2023<br>Trial Date: April 21, 2025 |

The Court having reviewed the Parties' Stipulation to Dismiss the Entire Action without Prejudice and good cause appearing therefore:

IT IS HEREBY ORDERED that the action is dismissed in its entirety without prejudice. Each party is to bear its own costs in this matter and neither party shall be deemed the prevailing party.

Dated: May 24, 2024

By: _____
Hon. Kenly Kiya Kato
United States District Court Judge